CONNECTICUT NATIONAL BANK *v.*
PATSY MUSUMANO ET AL.
(11886)

DALY, FOTI and SCHALLER, Js.

Argued June 4—decision released July 29, 1993

*Patsy Musumano,* pro se, the appellant (named defendant).

*George E. Hill,* for the appellee (plaintiff).

*Heidi Cornish,* for the appellee (defendant The Massachusetts Company).

PER CURIAM. The judgment of the trial court is affirmed and the case is remanded for the setting of new law days.